UNITED STATES BANKRUTPCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                               Case no: **3:13-BK-01821-JAF**

**DEBRA W THOMAS**                  Chapter 13
              Debtor

_____

## REPORT OF STANDING TRUSTEE

    COMES NOW Douglas W. Neway, Chapter 13 Standing Trustee, and hereby shows the Court that:

    1. Pursuant to orders of dismissal, orders of conversion, and orders of distribution, total receipts were disbursed for the above named estate. All disbursement checks have cleared the trust account except payments to or intended for **UNITED CREDIT RECOVERY,LLC, P.O. BOX 953245, LAKE MARY, FL  32795, an unsecured claimant.**

    2. More than 90 days have elapsed since the distribution of the final payment. Pursuant to 11 U.S.C. Section 347, a check in the amount of **$79.34**, has been forwarded to the Clerk of the Court, Tampa Division, 801 N. Florida Ave., Suite 555, Tampa, Florida 33602-3899 along with a copy of this report. The claimant entitled thereto is as shown above.

    Respectfully submitted this 17th day of December, 2015.

/s/ Douglas W. Neway
_____
Douglas W. Neway, Trustee
Post Office Box 4308
Jacksonville, Florida 32201
Phone: (904) 358-6465
Fax: (904) 634-0038